IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 11-cr-105-wmc |
| | ) |
| GERALD HOPEWELL, | ) |
| | ) |
| Defendant. | ) |

IN THE MATTER OF THE APPLICATION FOR A
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE STEPHEN L. CROCKER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF WISCONSIN

The petition of the United States Attorney for the Western District of Wisconsin

respectfully shows to this Honorable Court that Gerald Hopewell is a defendant in the

above-entitled action whose appearance is necessary for pretrial motion hearing.

That petitioner further alleges that said proceedings will be held in Room 460,

United States Courthouse, 120 North Henry Street, Madison, Wisconsin 53703,

commencing on January 6, 2012, at 9:00 a.m.

That petitioner has been informed and believes that Gerald Hopewell is now

confined at the Dane County Jail at which institution said person is committed pursuant

to the order of a court of the Wisconsin.

WHEREFORE, your petitioner prays that this Honorable Court order that a Writ

of Habeas Corpus be issued from this court to the warden, the United States Marshal

for the Western District of Wisconsin, or any other person having lawful custody of the above-named defendant at the Dane County Jail requiring him/her to produce the body of the said Gerald Hopewell at the time and place set forth above and for any other proceedings scheduled by the court herein.

Dated at Madison, Wisconsin, this 4th day of January 2012.

/s/

_____

Elizabeth Altman
Assistant United States Attorney

Upon the foregoing petition,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus ad prosequendum be issued as prayed for in the foregoing Petition.

IT IS FURTHER ORDERED that the United States Marshal shall retain custody of the defendant until further order of the court.

Dated this _____ day of January 2012.

_____

HONORABLE STEPHEN L. CROCKER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) Case No. 11-cr-105-wmc |
| | ) |
| GERALD HOPEWELL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF
WISCONSIN, WARDEN, OR ANY OTHER PERSON HAVING LAWFUL CUSTODY
OF THE ABOVE-NAMED DEFENDANT.

GREETINGS:

WE COMMAND YOU, that you have the body of

GERALD HOPEWELL

now detained in the Dane County Jail, under safe and secure conduct at Room 460,

United States Courthouse, 120 North Henry Street, Madison, Wisconsin 53703,

commencing January 6, 2012, at 9:00 a.m., for the purpose of pretrial motion hearing

and for any other proceedings scheduled by the court herein.

WITNESS, the Honorable United States Magistrate Judge for the Western District

of Wisconsin, at Madison, Wisconsin, Western District of Wisconsin, on this _6th_ day

of January 2012.

PETER OPPENEER, Clerk
United States District Court
Western District of Wisconsin

By _____
Clerk